# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DAVID FLEMISTER, | : | No. 110 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAUPHIN COUNTY COURT OF COMMON PLEAS, | : | |
| | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.